FILED - USDC -NH
2023 OCT 3 PM4:06

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

Adam Richard Aho, *sui juris*,

                                                  Civil Action No.:

        Plaintiff,

   v.

Deutsche Bank National Trust Company,

as Trustee on behalf of the

certificateholders of the HSI Asset

Securitization Corporation Trust

2007-NC1 Trust, Mortgage Pass Through

Certificates ,Series 2007-NC1, a

Delaware limited liability company

Defendant.

## **COMPLAINT**

1

Plaintiff Adam Richard Aho, *sui juris*, a living man ("Adam Aho") alleges as follows for his Complaint against Defendant Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-NC1 ("Deutsche Bank"):

## INTRODUCTION

1. Adam Aho is a living man who became a New Hampshire State National on September 23, 2022.

2. Adam Aho, in his capacity as Bailor, entered into a Bailment relationship with Bailee, ADAM AHO. A portion of Adam Aho's Estate, the real property at 590 Main Street Rindge, New Hampshire 03461 is collateral and a (Uniform Commercial Code) UCC-1 Agricultural Lien with ADAM AHO as Debtor and all land and property and or real property at 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States as collateral, with a value of Seven Hundred Fifty Thousand 00/100

2

USD, was filed on or about October 19, 2022; Adam Aho is the Secured Party. This UCC-1 Lien Filing Number is: 202293349150, is attached to this Complaint for reference or further details, and is further known as the "UCC-1 Lien" in this petition.

3. After October 20, 2022, Deutsche Bank bought the property at 590 Main Street Rindge, New Hampshire 03461.

4. On or about March 17, 2023, Adam Aho was notified through the mail that Deutsche Bank purchased the property at 590 Main St Rindge, New Hampshire 03461 despite the UCC-1 Lien, with this property being listed as collateral, already being registered internationally in and/or given actual and constructive notice in the Commercial Chamber. The UCC-1 Lien is also registered with the Cheshire County Register of Deeds in New Hampshire.

5. The UCC-1 Lien was not paid prior to Deutsche Bank buying the property or after Deutsche Bank purchased the property at 590 Main Street Rindge, New Hampshire 03461.

6. Adam Aho notified Deutsche Bank on or about August 1, 2023 that the UCC-1 Lien with the property at 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States listed as collateral was to have been paid to him; that Deutsche Bank is in default; and demand for payment in full be paid to him within 31 days of August 1, 2023. This notice was given pursuant to U.C.C. § 9-606.

7. Adam Aho has had no choice but to petition this court to enforce the payment of the UCC-1 Lien as it still has not been paid as of the date of filing this petition.

## THE PARTIES

8. Plaintiff Adam Richard Aho ("Adam Aho") is a living man, New Hampshire State National, has all his rights reserved, and resides at 590 Main Street Rindge, New Hampshire [03461].

9. Defendant Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass

Through Certificates, Series 2007-NC1 ("Deutsche Bank") is a Delaware limited liability company, with its principal place of business in the State of Delaware. Deutsche Bank is one of the largest corporate, investment, and private banking companies in the United States.

## JURISDICTION AND VENUE

10. This Court may have subject matter jurisdiction under 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and because Adam Aho is a New Hampshire State National and Deutsche Bank is incorporated in the State of Delaware.

11. This Court has personal jurisdiction over Deutsche Bank because Deutsche Bank transacts business in the State of New Hampshire. This Court also has personal jurisdiction over Deutsche Bank because (a) this action is an action under the Uniform Commercial Code Article 9 that is attached as Exhibit A to this

Complaint; (b) and the property Deutsche Bank purchased which has the UCC-1 Lien is located in New Hampshire.

12. Venue is proper in this judicial district, pursuant to 28 U.S.C. § 1391(b)(2) and 28 U.S.C. § 1391(b)(3), because a substantial part of the property that is the subject of the action is situated, and defendant is subject to the court's personal jurisdiction with respect to such action. Venue is also proper in this judicial district, pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Adam Aho's claims occurred in this judicial district.

## FACTS

13. The Uniform Commercial Code Article 9 provides for a Secured Party's enforcement of a UCC-1 Agricultural Lien, which Adam Aho has naming all property belonging to the Debtor/Bailees belong to him, the secured party – including all land and property and or real property known as 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States.

14. Deutsche Bank informed Adam Aho that they purchased the property at 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States after Adam Aho had given actual and constructive notice of his UCC-1 Agricultuarl Lien with Filing Number 202293349150 in the Commercial Chamber with this property as collateral, and belonging to him, the Secured Party.

15. Deutsche Bank was notified they are in default for their Debt relating to the UCC-1 Agricultural Lien on all land and property and or real property known as 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States on or about August 1, 2023 and were given 31 days to pay this Debt in full to Adam Aho to cure the default by paying the UCC-1 Lien, and that failure to pay the lien and cure the default may result in the full balance being owed at once (acceleration).

16. Deutsche Bank has not cured the default nor paid the UCC-1 Lien as of the date this Complaint has been written on September 19, 2023, and Adam Aho has been left with no choice but

to petition the court for a redress of his grievances including pursuant to Article 9 part 6 of the Uniform Commercial Code.

17. Adam Aho has a right under UCC § 9-207(b)(4)(a) to use or operate the collateral for the purpose of preserving the collateral or its value, and has made numerous improvements to the collateral including maintenance of the plumbing, heating fixtures, gardening, paving a new driveway, etc...

18. Deutsche Bank has acted to restrict and interfere with Adam Aho's rights to the collateral he's in possession of despite being notified that Adam Aho is the Secured Party in the UCC-1 Lien and all property belonging to the Debtor/Bailees belong to the Secured Party before the actions to restrict and/or interfere with Adam Aho's rights occurred.

19. Adam Aho's recent petition to the New Hampshire Supreme Court was dismissed where Deutsche Bank was the opposing party in the Petition.

## **FIRST CAUSE OF ACTION**

## **Trespass To Land**

20. Adam Aho repeats and realleges all of the preceding paragraphs of this Complaint as if fully set forth herein, and reiterates that he is a New Hampshire State National with all his rights reserved.

21. The UCC-1 Agricultural Lien Adam Aho is the Secured Party in is valid, enforceable, and was filed internationally in the Commercial Chamber before Deutsche Bank bought the property at 590 Main Street Rindge, New Hampshire 03461.

22. Under UCC § 9-601, Adam Aho has the right to enforce the Lien by any available judicial procedure and if the collateral is documents may proceed as to the documents or as to the goods they cover.

23. Adam Aho, acting in his rights afforded to him as the Secured Party of the UCC-1 Lien under UCC § 9-601(a)(2); UCC § 9-207; and UCC § 9-207(b)(4)(a), has exercised his rights to his goods and fixtures, but Deutsche Bank has used the State Court to send a

9

Sheriff on to the land and property and or real property known as 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States to attempt to unlawfully force Adam Aho off of and away from his property; this has caused him severe emotional distress.

24. Adam Aho resides at 590 Main Street Rindge, New Hampshire 03461 pursuant to UCC § 9-207(b)(4)(a), and, as a direct and proximate result of Deutsche bank's actions, has had to suffer Deutsche Bank using the State Court to send the Cheshire County Sheriff to his Estate on multiple occasions, including on September 19, 2023, and threaten him under threat of arrest for criminal trespass of his own property if he doesn't vacate the collateral he, as the Secured Party in the UCC-1 Lien, has possession or control of. Deutsche Bank has taken these actions against Adam Aho despite being informed in writing on or around August 1, 2023 that Adam Aho is the Secured Party to the UCC-1 Lien with all land and property and or real property known as 590 Main Street, Town of Rindge, State of New Hampshire, county of Cheshire, United States as collateral.

Wherefore, Deutsche Bank knew or should have known that their misrepresentation to the State Court and/or Cheshire County Sheriff's Office was an intentional interference with Adam Aho's rights, and caused criminal trespass by the Sheriff Deputy pursuant to N.H. RSA 635:2 upon Adam Aho's collateral, as the Secured Party, when clearly marked "Do Not Trespass" signs were posted on the property and clearly visible from the street. Yet, the Sheriff trespassed on more than one occasion, by false information and intentional misrepresentation by Deutsche Bank, as documented in his body camera on each occasion.

25. The intentional misrepresentation, and/or attempts by the defendant to unjustly enrich themselves through using the New Hampshire Circuit Court and Cheshire County Sheriff's Office to remove Adam Aho from his lawfully owned collateral has caused severe emotional distress to Adam Aho. Deutsche Bank knew or should have known that the State Courts did and do not have jurisdiction over him and in exercising his freedom of possessing his collateral, as the Secured Party in the UCC-1 Lien, using or operating

the collateral for the purpose of preserving the collateral or its value pursuant to UCC § 9-207(b)(4)(a).

26. The dismissal of the New Hampshire Supreme Court case on September 13, 2023 in which Adam Aho was a petitioner and Deutsche Bank a respondent, signaled to a reasonable person, including Adam Aho – who is not an attorney - that the State Courts don't have jurisdiction of or over the dispute between Plaintiff and Defendant's actions to attempt to remove Adam Aho's collateral from his possession. Therefore, Defendant's continual pursuit to remove Adam Aho's lawfully owned collateral from him using the State Court and their powers constitutes fraud on the court, fraud, and potentially fraudulent misrepresentation as a direct results of Deutsche Bank's representation that has caused severe and undue harm to Adam Aho.

## SECOND CAUSE OF ACTION

## Violation of The New Hampshire Consumer Protection Act (RSA 358-A)

27. Adam Aho repeats and realleges all of the preceding paragraphs of this Complaint as if fully set forth herein.

## THIRD CAUSE OF ACTION

### Declaratory Judgement (28 U.S.C. § 2201(a))

28. Adam Aho repeats and alleges all of the preceding paragraphs of this Complaint as if fully set forth herein.

29. There is an actual controversy between Adam Aho and Deutsche Bank regarding their respective rights and obligations....

## FOURTH CAUSE OF ACTION

### Fraud

30. Adam Aho repeats and alleges all of the preceding paragraphs of this Complaint as if fully set forth herein.

31. Adam Aho relies additionally on the proofs contained within his Addendum to this Complaint in their entirety – including his statement on the record with the 8th Circuit – District Division – Jaffrey included as Appendix B named "Title 12 95a..."

## REQUESTS FOR RELIEF

WHEREFORE, Adam Aho respectfully requests that this Court:

A. enter judgement against Deutsche Bank and in favor of Adam Aho for damages and 3 times actual damages, with the amount to be determined in the course of the litigation, at trial, or pursuant to the collateral listed in the UCC-1 Lien;

B. enter a declaratory judgement pursuant to 28 U.S.C. § 2201, that (i) Deutsche Bank had an obligation to compensate Adam Aho for the value recorded within the UCC-1 Lien in accordance with Article 9 of the Uniform Commercial Code; (ii) Deutsche Bank has an obligation to indemnify Adam Aho for any losses Adam Aho has sustained or may sustain by reason of Deutsche Bank's purchase of the property which already had the UCC-1 Lien on it; (iii) Deutsche Bank had an obligation to repay the amount of the value of the property recorded as collateral in the UCC-1 Lien; and (iv) Adam Aho has incurred costs and damages. Deutsche Bank was informed on

August 1, 2023 that they needed to pay the UCC-1 Lien when Adam Aho informed them he would be repossessing the property at 590 Main St Rindge, NH 03461 for nonpayment of the Debt in the full amount within 31 days from August 1, 2023, but Deutsche Bank has failed to pay the UCC-1 Lien.

 C. award any and all further relief in favor of Adam Aho that is necessary and proper based upon the Court's declaratory judgement pursuant to 28 U.S.C. § 2201;

 D. award Adam Aho any and all fees and expenses reasonably incurred by Adam Aho in this lawsuit;

 E. order the secured party, Adam Aho, hold the collateral of the UCC-1 Lien free of any other requirements pursuant to UCC § 9-601(f); UCC § 9-609(b)(2); and other rights;

 F. order a stay or vacate The State of New Hampshire 8th Circuit – District Division – Jaffrey's Eviction Order and Writ of Possession in Case Number 448-2023-LT-00019 of Deutsche Bank v Adam Aho et al.;

  F. award Adam Aho pre- and post-judgement interest on all damages; and

  G. award such other and further relief in favor of Adam Aho as this Court deems proper.

Dated: September 19, 2023  By: /s/ Adam Richard Aho

Adam Richard Aho

Without Prejudice.

All rights reserved. UCC 1-308

*sui juris*

higher.mark123@gmail.com

c/o 590 Main Street

Rindge, New Hampshire

[03461]

TEL: (603) 801-3173

## **CERTIFICATE OF SERVICE**

Pursuant to Fed R. Civ. P. 5(d)(1), I hereby certify that a copy of the foregoing petition and accompanying appendix was mailed this day, postage prepaid by certified mail, to the defendant's counsel, and to the trial court, at the following addresses:

Charles W. Gallagher, Esquire

Haughey, Philpot & Laurent, P.A.

N.H. Bar No.:4060

816 North Main St.

Laconia, NH 03246

Larry S. Kane, Esquire, Clerk

New Hampshire Circuit Court

8th Circuit – District Division – Jaffrey

84 Peterborough Street

Jaffrey, NH 03452

Courtesy copies of the Petition and appendix have been hand delivered to the above-listed Clerk.