```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Adam Richard Aho

    v.                                               Case No. 23-cv-454-JL-TSM

Deutsche Bank National Trust Company

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 30, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: June 28, 2024

cc:   Adam Richard Aho, pro se
       Hale Yazicioglu Lake, Esq.
       Donald W. Seeley, Jr., Esq.