```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Adam Richard Aho

    v.                                    Case No. 23-cv-454-JL-TSM

Deutsche Bank National
Trust Company


### JUDGMENT

In accordance with the Order by District Judge Joseph N. Laplante dated June 28, 2024, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc dated April 30, 2024, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: July 1, 2024

cc:   Adam Richard Aho, pro se
       Hale Yazicioglu Lake, Esq.
       Donald W. Seeley, Jr., Esq.