# United States Court of Appeals
## For the First Circuit

_____

No. 24-1713

ADAM RICHARD AHO,

Plaintiff - Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee on behalf of the
Certificateholders of the HSI Asset Securitization Corporation Trust 2007-NCl Trust, Mortgage
Pass Through Certificates, Series 2007-NCl, a Delaware Limited Liability Company,

Defendant - Appellee.

_____

**JUDGMENT**

Entered: October 28, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal
be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Adam Richard Aho
Marissa I. Delinks
Donald W. Seeley Jr.